IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

THELMA CHISM. and
NATHAN WILLIAMS                                                    PLAINTIFFS

V.                          CASE NO. 3:09CV00225

LIFE STRATEGIES OF ARKANSAS LLC                                    DEFENDANT

## ORDER

On January 25, 2010, Plaintiffs filed an amended complaint, docket # 9. Plaintiffs failed to obtain the written consent of the Defendant or seek leave of court as required by Fed. R. Civ. P. 15. Accordingly, the Clerk is directed to strike Plaintiffs' amended complaint. Plaintiffs may file a motion for leave to amend.

IT IS SO ORDERED this 27th day of January, 2010.

_____
James M. Moody
United States District Judge