IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

THELMA CHISM. and
NATHAN WILLIAMS, on behalf
of themselves and all other similarly
situated employees                                                                    PLAINTIFFS

V.                              CASE NO.  3:09CV00225

LIFE STRATEGIES OF ARKANSAS LLC                                 DEFENDANT

## ORDER

Pending is Defendant's motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6). (Docket # 6). Defendant argues that Plaintiffs' FLSA claim does not meet the pleading requirements of Fed. R. Civ. P. 8(a) and the complaint should be dismissed for failure to state a claim upon which relief can be granted. Plaintiffs have responded and filed an amended complaint.

Plaintiffs' amended complaint appears to cure the defects about which Defendant complains. Accordingly, the Defendant's motion to dismiss is denied without prejudice.

IT IS SO ORDERED this 1st day of February, 2010.

_____
James M. Moody
United States District Judge