IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

THELMA CHISM and NATHAN CHISM,
on behalf of themselves and others
similarly situated                                                              PLAINTIFFS

v.                            Case No. 3:09-cv-225-DPM

LIFE STRATEGIES of ARKANSAS LLC                            DEFENDANT

## JUDGMENT

Given the parties' settlement, the Court dismisses the Plaintiffs' first amended complaint with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

14 March 11